384 A.2d 988

Commonwealth v. Manchur, Appellant.

 Argued November 23, 1977. Paul Manchur, appellant, in propria persona; John Lee Brown, Jr., Assistant District Attorney, with him Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence reversed and defendant discharged.

WATKINS, P. J., did not participate in the consideration or decision of this case.